# United States District Court
# Central District of California

| | |
|---|---|
| NEMAN BROTHERS AND ASSOCIATES, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TOUCH ME FASHION, INC., doing business as TEEN BELL, a California corporation; ROSS STORES INC., doing business as DD's Discounts, a Delaware Corporation; and Does 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-06235-ODW(FFM)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///

1  In light of the Notice of Settlement (ECF No. 12), the Court hereby **ORDERS**
2 the parties **TO SHOW CAUSE**, in writing, by November 16, 2016, why settlement
3 has not been finalized. No hearing will be held. All other dates and deadlines in this
4 action are **VACATED** and taken off calendar. The Court will discharge this Order
5 upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

October 17, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**