UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS AND ASSOCIATES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOUCH ME FASHION, INC., doing business as TEEN BELL, a California corporation; Ross Stores Inc. doing business as DDs Discounts, a Delaware corporation; Does 1-10, inclusive,<br><br>Defendants. | Case No: 2:16-cv-06235-ODW(FFM)<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

1

Pursuant to Plaintiff Neman Brothers and Associates Inc.'s Notice of Voluntary Dismissal (ECF No. 14), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 41(a), the entire action and all claims asserted therein are hereby DISMISSED with prejudice; and
2. All dates and deadlines in this action are vacated and taken off calendar;
3. Each party shall bear its own costs.

**IT IS SO ORDERED**.

October 28, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**